UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

**TRACIE DEATON**,

    **Plaintiff,**

v.

**SOUTHERN ILLINOIS HOSPITAL SERVICES,**
*aka Southern Illinois Healthcare, NFP*

    **Defendants.**                          No. 13-cv-1063-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   This matter is before the Court on Plaintiff's Motion to Dismiss.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered on May 27, 2014 (Doc. 16) granting plaintiff's Motion to Dismiss, this case is **DISMISSED** with prejudice as to all parties.

                                        JUSTINE FLANAGAN,
                                        ACTING CLERK OF COURT

                                BY:   */s/Caitlin Fischer*
                                             **Deputy Clerk**

Dated:   May 28, 2014

Digitally signed by David R. Herndon
Date: 2014.05.28 08:54:56 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT